UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAYNE YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL PARAMO,<br><br>    Defendant. | Case No. 16-cv-01220-JST (PR)<br><br>**ORDER OF DISMISSAL** |

On March 11, 2016, plaintiff filed a pro se petition for "writ of injunction." On the same day the action was filed, plaintiff was ordered to file a complete application to proceed in forma pauperis ("IFP") or pay the filing fee of $400.00, within 28 days, or face dismissal of the action. More than 28 days have passed and plaintiff has not filed a complete IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: April 25, 2016

                                          JON S. TIGAR
                                          United States District Judge