UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY WAYNE YOUNG,

    Plaintiff,

  v.

DANIEL PARAMO,

    Defendant.

Case No. 16-cv-01220-JST (PR)

**ORDER REGARDING INCOMPLETE IFP APPLICATION**

This action was dismissed without prejudice on April 25, 2016 because plaintiff did not pay the filing fee or file an in forma pauperis (IFP) application. On April 26, 2016, plaintiff filed a Certificate of Funds completed and signed by an authorized prison officer as well as a prison trust account statement detailing transactions for the last six months. However, he still did not file an IFP application. Accordingly, this case remains closed.

If plaintiff seeks to re-open this case, he should file a motion to re-open this case. He must also either pay the filing fee or submit a complete IFP application. The Clerk shall send plaintiff a new IFP application, and instructions for completing it.

IT IS SO ORDERED.

Dated: May 3, 2016

_____
JON S. TIGAR
United States District Judge